# EXHIBIT B

# Articles of Incorporation

## Of

## Defense Distributed

FILED
In the Office of the
Secretary of State of Texas
OCT 1 6 2012
Corporations Section

A Nonprofit Corporation

Pursuant to the provisions of the Texas Non-Profit Corporations Act, the undersigned incorporator hereby adopts the following Articles of Incorporation

### Article I – Name and Type

The filing entity being formed is a nonprofit corporation  The name of the entity is

Defense Distributed

### Article II – Registered Agent and Registered Office

The initial registered agent is an individual resident of the state whose name is set forth below

Cody R  Wilson

The business address of the registered agent and the registered office address is

711 W  32nd St  Apt  115, Austin, TX 78705

### Article III – Duration

The period of the corporation's duration is perpetual

### Article IV – Management

The management of the affairs of the corporation is vested in the board of directors  The number of directors constituting the initial board of directors and the names and addresses of the persons who are to serve as directors until the first annual meeting of members or until their successors are elected and qualified are as follows

**Director 1**
  Cody R  Wilson
  7301 Burnet Rd  STE#102-349, Austin, TX 78757

**Director 2**
    Benjamin Denio
    69 Lakeshore Drive, Little Rock, AR 72204

**Director 3**
    Daniel J Bizzell
    1536 N Addington Ave, Fayetteville, AR 72703

## Article V – Membership

The nonprofit corporation shall have members

## Article VI - Purpose

The specific purposes for which this corporation is organized are To defend the civil liberty of popular access to arms as guaranteed by the United States Constitution and affirmed by the United States Supreme Court, through facilitating global access to, and the collaborative production of, information and knowledge related to the 3D printing of arms, and to publish and distribute, at no cost to the public, such information and knowledge in promotion of the public interest
    This corporation is organized and operated exclusively for charitable and literary purposes within the meaning of 501(c)(3) of the Internal Revenue Code

## Article VII – Additional Provisions

The property of this corporation is irrevocably dedicated to charitable and literary purposes Upon the dissolution or winding up of the corporation, its assets remaining after payment, or provision for payment, of all debts and liabilities of this corporation shall be distributed to a nonprofit fund, foundation, or corporation which is organized and operated exclusively for charitable and literary purposes and which has established its tax-exempt status under Section 501(c)(3) of the Internal Revenue Code
    No substantial part of the activities of this corporation shall consist of carrying on propaganda, or otherwise attempting to influence legislation (except as otherwise provided by Section 501(h) of the Internal Revenue Code), and this corporation shall not participate in, or intervene in (including the publishing or distribution of statements), any political campaign on behalf of, or in opposition to, any candidate for public office
    No part of the net earnings of this corporation shall inure to the benefit of, or be distributable to, its members, directors, officers, or other private persons, except that this corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in these articles

Notwithstanding any other provision of these articles, this corporation shall not carry on any other activities not permitted to be carried on (1) by a corporation exempt from federal income tax under Section 501(c)(3) of the Internal Revenue Code or (2) by a corporation contributions to which are deductible under Section 170(c)(2) of the Internal Revenue Code

### Organizer

The name and address of the organizer

Cody R Wilson
7301 Burnet Rd STE#102-349, Austin, TX 78757

### Effectiveness of Filing

This document becomes effective when the document is filed by the secretary of state

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument

Dated   10/16/2012

Signature of organizer

Cody R Wilson

Kern J Carver
Commission Expires
02-29-2016