# EXHIBIT C

# TEXAS SECRETARY of STATE
# JANE NELSON

## FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** Defense Distributed

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|---|---|---|---|---|---|---|
| ○ | 801671371 | Defense Distributed | Domestic Nonprofit Corporation | In existence | Legal | In use |
| ○ | 801671371 | Defense Distributed | Domestic Nonprofit Corporation | In existence | Legal | Inactive |
| ○ | 805090140 | DEFENSE DISTRIBUTORS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 105008400 | RAVEN DEFENSE CONTRACTOR, INC.; DBA RAVEN DISTRIBUTION | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 805075065 | WORLD'S FINEST FURNITURE DISTRIBUTION LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 800517589 | NATIONWIDE FINANCIAL INSTITUTIONS DISTRIBUTORS AGENCY, INC. | Foreign For-Profit Corporation | Withdrawn | Legal | Inactive |
| ○ | 805533468 | Aspida Financial Distributors, LLC | Foreign Limited Liability Company (LLC) | In existence | Legal | In use |

[Return to Order] [New Search]

Instructions:
● To view additional information pertaining to a particular filing select the number associated with the name.
● To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.