IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Austin DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**:

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

Third Business Court Division of the Business Court of the State of Texas; Case No. 25-BC03B-0009; Defense Distributed v. YouTube LLC, Google LLC, and Alphabet, Inc.

2. Was jury demand made in State Court?   ☐ Yes   ☒ No

If yes, by which party and on what date?

Party Name                                            Date

**STATE COURT INFORMATION**:

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

- Plaintiff: Defense Distributed; Attorneys for Plaintiff: Chad Flores (Flores Law PLLC, 917 Franklin Street, Suite 600, Houston, TX 77002, 713-364-6640); Colleen McKnight (McKnight Law PLLC, 801 Travis Street, Suite 2101, PMB 698, Houston, TX 77002, 713-487-5645)
- Defendants: YouTube LLC, Google LLC, and Alphabet Inc.; Attorneys for Defendants: Listed on Page 3 in "Additional Comments" section

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

Defendants YouTube LLC and Alphabet, Inc. have not been served with the Petition to the best of their knowledge, but are joining this removal in an abundance of caution.

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

N/A

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS**:

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

N/A

**VERIFICATION**:

| | |
|---|---|
| Steven J. Wingard | 7/14/2025 |
| Attorney for Removing Party | Date |

YouTube LLC, Google LLC, Alphabet, Inc.

Party/Parties

(NOTE: Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary)**:

Attorneys for Defendants: Steven J. Wingard, Robyn Hargrove, Eli Barrish (Scott Douglass & McConnico LLP, 303 Colorado Street, Suite 2400, Austin, TX 78701, 512-495-6300 (telephone), 512-474-0731 (fax)); Jonathan Patchen, Michael A. Rome, Sharon Song, Madeleine Ahlers (Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, CA 94111, 415-693-2000 (telephone), 415-693-2222 (fax))