IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED,<br><br>       Plaintiff,<br><br>v.<br><br>YOUTUBE LLC, GOOGLE LLC, and ALPHABET, INC.<br><br>       Defendants. | Case No. 1:25-cv-1095 |

**DEFENDANTS YOUTUBE LLC, GOOGLE LLC, AND ALPHABET, INC.'S DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1, Defendants YouTube LLC, Google LLC, and Alphabet, Inc. disclose the following:

1. YouTube LLC is a subsidiary of Google LLC, which is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet, Inc., a publicly traded company. No publicly traded company holds more than 10% of Alphabet, Inc.'s stock.

4915-9770-1205

Dated: July 14, 2025                              Respectfully submitted,

**SCOTT DOUGLASS & MCCONNICO LLP**

*/s/ Steven J. Wingard*
Steven J. Wingard
Texas Bar No. 00788694
Robyn Hargrove
Texas Bar No. 24031859
Eli Barrish
Texas Bar No. 24144433

303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 474-0731
swingard@scottdoug.com
rhargrove@scottdoug.com
ebarrish@scottdoug.com

**COOLEY LLP**
Jonathan Patchen*
Michael A. Rome*
Sharon Song*
Madeleine R. Ahlers*

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
jpatchen@cooley.com
mrome@cooley.com
ssong@cooley.com
mahlers@cooley.com
**Pro Hac Vice* forthcoming

*Attorneys for Defendants YouTube LLC, Google LLC, and Alphabet, Inc.*

4915-9770-1205

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record, as listed below, on July 14, 2025.

| | |
|---|---|
| *VIA E-FILING AND E-MAIL* | *VIA E-FILING AND E-MAIL* |
| Chad Flores | Colleen McKnight |
| Texas Bar No. 24059759 | Texas Bar No. 24078976 |
| cf@chadflores.law | colleen.mcknight@mcknightlaw.us |
| Flores Law PLLC | McKnight Law PLLC |
| 917 Franklin Street, Suite 600 | 801 Travis Street Suite 2101, PMB 698 |
| Houston, Texas 77002 | Houston, TX 77002 |
| (713) 364-6640 | (713) 487-5645 |
| | |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

                 */s/ Steven J. Wingard*
                 Steven J. Wingard

4915-9770-1205