# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED,<br><br>                Plaintiff,<br><br>v.<br><br>YOUTUBE LLC, GOOGLE LLC, and ALPHABET, INC.<br><br>                Defendants. |    1:25-cv-1095    |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT

Defendants YouTube LLC, Google LLC, and Alphabet, Inc. (collectively, "Defendants"), without waiving any defenses described or referred to in Federal Rule 12, hereby move to extend the time to answer, object to, move, or otherwise respond to Plaintiff's Original Petition (the "Petition") filed on June 6, 2025 in the 3rd Business Court of the State of Texas by Plaintiff Defense Distributed ("Plaintiff") and removed to this Court on July 14, 2025. The current deadline for Defendants to respond to the Petition is July 21, 2025. Defendants seek a 30-day extension up to and including August 20, 2025. In support of this request, Defendants respectfully submit the following:

      1.    Defendants request an extension of time to respond to Plaintiff's Petition to permit Defendants' counsel sufficient time to prepare its response to the Petition.

      2.    Defendants have conferred with Plaintiff, and Plaintiff does not oppose the extension sought herein.

      3.    Defendants have requested this extension prior to the expiration of the original deadline to respond to the Petition.

4. Defendants have not previously filed a motion to extend time to move, answer, or otherwise respond to the Petition, and this motion is made in good faith and not for the purposes of undue delay. The request will not impact any other case deadlines.

In the view of the foregoing, Defendants respectfully request that the court grant this unopposed motion and extend the deadline to move, answer, or otherwise respond to the Petition up to and including August 20, 2025.

*[Signature block on next page]*

Dated:  July 14, 2025

Respectfully submitted,

**SCOTT DOUGLASS & MCCONNICO LLP**

*/s/ Steve Wingard*
Steven J. Wingard
Texas Bar No. 00788694
Robyn Hargrove
Texas Bar No. 24031859
Eli Barrish
Texas Bar No. 24144433

303 Colorado Street, Suite 2400
Austin, Texas  78701
Telephone: (512) 495-6300
Facsimile: (512) 474-0731
swingard@scottdoug.com
rhargrove@scottdoug.com
ebarrish@scottdoug.com

**COOLEY LLP**
Jonathan Patchen*
Michael A. Rome*
Sharon Song*
Madeleine R. Ahlers*

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
jpatchen@cooley.com
mrome@cooley.com
ssong@cooley.com
mahlers@cooley.com
**Pro Hac Vice* forthcoming

***Attorneys for Defendants YouTube LLC, Google LLC, and Alphabet, Inc.***

3

## CERTIFICATE OF CONFERENCE

Counsel for Defendants conferred with counsel for Plaintiff, and counsel for Plaintiff indicated that Plaintiff does not oppose the relief sought by this Motion.

*/s/ Steve Wingard*
Steven J. Wingard

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record, as listed below, on July 14, 2025.

| *VIA E-FILING AND E-MAIL* | *VIA E-FILING AND E-MAIL* |
|---|---|
| Chad Flores | Colleen McKnight |
| Texas Bar No. 24059759 | Texas Bar No. 24078976 |
| cf@chadflores.law | colleen.mcknight@mcknightlaw.us |
| Flores Law PLLC | McKnight Law PLLC |
| 917 Franklin Street, Suite 600 | 801 Travis Street Suite 2101, PMB 698 |
| Houston, Texas 77002 | Houston, TX 77002 |
| (713) 364-6640 | (713) 487-5645 |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

*/s/ Steven J. Wingard*
Steven J. Wingard