IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED | § |
| | § |
| v. | § CIVIL CASE NO: 1:25-cv-01095-ADA |
| | § |
| YOUTUBE LLC, GOOGLE LLC, and ALPHABET, INC. | § |

ORDER

This case was Removed to this court on July 14, 2025 from the Third Business Court Division of the State of Texas, 25- BC03B-0009. Prior to removal, attorney Colleen McKnight had made an appearance in the case as counsel for plaintiff. Colleen McKnight is not admitted to practice in this court. Local Court Rule AT-1(f)(1) states: "An Attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding."

ACCORDINGLY, Colleen McKnight is **ORDERED** to file a Motion to Appear Pro Hac Vice not later than 14 days from the date of this order. A copy of a form motion can be found on the court's website at https://www.txwd.uscourts.gov/for-attorneys/pro-hac-vice/ . Failure to file the motion timely could result in counsel being stricken from the docket, after which time counsel will not receive order from the court or any pleadings filed.

SIGNED this 17th day of July 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE