UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED | § § | |
| v. | § § | Civil No. 1:25-cv-01095-ADA |
| YOUTUBE LLC, GOOGLE LLC, and ALPHABET, INC. | § § | |

**O R D E R**

The above captioned cause, having been removed to this Court on July 14, 2025 from the Third Business Court Division of the State of Texas, 25- BC03B-0009 and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary.

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order supplement the record with state court pleadings. The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this the 17th day of July 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE