In the United States District Court
for the Western District of Texas
Austin Division

| | | |
|---|---|---|
| Defense Distributed, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 1:25-cv-01095-ADA-ML |
| | § | |
| YouTube LLC, | § | |
| Google LLC, | § | |
| Alphabet, Inc., | § | |
|     Defendants. | § | |

## Notice of Appearance

Plaintiff Defense Distributed files this Notice of Appearance.

Chad Flores of Flores Law PLLC appears to serve as lead counsel for Plaintiff. Please forward copies of all pleadings, correspondence and orders to:

    Chad Flores
    Flores Law PLLC
    917 Franklin Street, Suite 600
    Houston, Texas 77002
    cf@chadflores.law

    Respectfully submitted,

    /s/ Chad Flores

    Chad Flores
    Texas Bar No. 24059759
    cf@chadflores.law
    Flores Law PLLC
    917 Franklin Street, Suite 600
    Houston, Texas 77002
    (713) 364-6640

    Counsel for Plaintiff Defense Distributed