In the United States District Court
for the Western District of Texas
Austin Division

| | | |
|---|---|---|
| Defense Distributed, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 1:25-cv-01095-ADA-ML |
| | § | |
| YouTube LLC, | § | |
| Google LLC, | § | |
| Alphabet, Inc., | § | |
|     Defendants. | § | |

**Certificate of Service of Document 25**

A true and correct copy of Document 25 was served on the day of its filing via the Court's CM/ECF system on all counsel registered therewith and was served on those attorneys not registered for electronic filing (Madeleine Ahlers and Elijah Barrish) via email with their written consent by August 10, 2025.

Respectfully submitted,

_/s/ Chad Flores_
Chad Flores
Texas Bar No. 24059759
cf@chadflores.law
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 364-6640

Counsel for Plaintiff