**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| DEFENSE DISTRIBUTED, §<br>§<br>Plaintiff §<br>§<br>v. §<br>§<br>YOUTUBE LLC, GOOGLE LLC, §<br>ALPHABET, INC. §<br>§<br>Defendants §  | No. 1:25-cv-01095-ADA-ML |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

BEFORE THE COURT is the Joint Motion to Extend Deadlines (the "Joint Motion"). Having reviewed the Joint Motion and finding good cause exists, the Court hereby GRANTS the Joint Motion.

IT IS HEREBY ORDERED that the following deadlines are extended as set forth below:

| Deadline | Original | Proposed Date |
|---|---|---|
| Response to Motion to Remand | August 21, 2025 | August 29, 2025 |
| Response to Motion to Transfer | August 22, 2025 | August 29, 2025 |
| Reply in Support of Motion to Remand | August 28, 2025 | September 12, 2025 |
| Reply in Support of Motion to Transfer | August 29, 2025 | September 12, 2025 |

IT IS FURTHER ORDERED that the deadlines for Defendants to answer or otherwise respond to the petition and for the Parties to file the Rule 26(f) Report (as defined in the Joint Motion) (and any associated discovery deadlines) are stayed pending rulings on the Motion to

4933-3923-5420

Remand and Motion to Transfer and that new such deadlines will be set for thirty (30) days after the Court has issued rulings on both such motions.

    SIGNED this 18th day of August, 2025.

_____
HONORABLE MARK LANE
UNITED STATES MAGISTRATE JUDGE