IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, | § | |
| Plaintiff | § § § | |
| v. | § § | No. 1:25-cv-01095-ADA-ML |
| YOUTUBE LLC, GOOGLE LLC, ALPHABET, INC. | § § § | |
| Defendants | § | |

**CORRECTED JOINT MOTION TO EXTEND DEADLINES**

TO THE HONORABLE JUDGE:

Plaintiff Defense Distributed ("Plaintiff") and Defendants YouTube LLC, Google, LLC and Alphabet, Inc. ("Defendants") (Plaintiff and Defendants together, the "Parties") file this Corrected Joint Motion to Extend Deadlines and respectfully show the Court as follows.

### I.  Need for Corrected Filing

On August 12, 2025, the parties filed their Joint Motion to Extend Deadlines ("Joint Motion") along with a proposed order granting same. (Dkt. 29.) On August 18, 2025, the Court granted the Joint Motion via Text Order and entered the proposed order. (Dkt. 30.)

Counsel have just realized that the table in the Joint Motion and original proposed order did not reflect the final agreed-upon proposed deadlines for responses and replies to the pending motions to remand and to transfer. Accordingly, the Parties jointly submit this Corrected Joint Motion to Extend Deadlines and respectfully request that the Court enter the new proposed order.

### II.  Corrected Joint Motion to Extend Deadlines

Defendants removed this case on July 14, 2025. (Dkt. 1.) The same day, Defendants filed an Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to

4906-1226-3265

Complaint seeking extension of the referenced deadline to August 20, 2025. (Dkt. 4.) The Court granted this extension by Text Order dated July 17, 2025. On July 17, the Court referred the case to Magistrate Judge Lane. (Dkt. 8; Dkt. Text dated July 16, 2025.) On July 18, the Court issued a Docket Control Order ordering the parties to confer and to file a joint proposed scheduling and discovery plan and a scheduling order (together, "Rule 26(f) Report") by September 12, 2025. (Dkt. 9.)

On August 7, 2025, Plaintiff filed a Motion to Remand. (Dkt. 25.) On August 8, Defendants filed a Motion to Transfer to the Northern District of California ("Motion to Transfer"). (Dkt. 26.) Under Local Rule CV-7(D)(2), Responses to these motions are due on August 21 and August 22, respectively. Under Local Rule CV-7(E)(2), Replies are due on August 28 and August 29, respectively.

The Parties have conferred and jointly request that the Court extend certain of the aforementioned deadlines as follows:

| Deadline | Original | Proposed Date |
|---|---|---|
| Response to Motion to Remand | August 21, 2025 | September 5, 2025 |
| Response to Motion to Transfer Venue | August 22, 2025 | September 5, 2025 |
| Reply in Support of Motion to Remand | August 28, 2025 | September 19, 2025 |
| Reply in Support of Motion to Transfer Venue | August 29, 2025 | September 19, 2025 |

Additionally, the Parties jointly request that if the Court desires a hearing on the Motion to Remand and Motion to Transfer, that both such motions be heard at the same hearing.

4906-1226-3265

Finally, the Parties jointly request that the deadlines for Defendants to answer or otherwise respond to the petition and for the Parties to file the Rule 26(f) Report (and any associated discovery deadlines) be stayed pending rulings on the Motion to Remand and Motion to Transfer and that new such deadlines be set for thirty (30) days after the Court has issued rulings on both such motions.

The Parties make this joint motion in good faith and not for purposes of undue delay, but to provide time to adequately brief the pending motions and to conserve and efficiently manage the Parties' and Court's resources. As set forth in the Certificate of Conference below, this is a joint request. The extensions will not impact any other case deadlines.

Dated: August 19, 2025

           Respectfully submitted,

**SCOTT DOUGLASS & MCCONNICO LLP**

*/s/ Steven J. Wingard*
Steven J. Wingard
Texas Bar No. 00788694
Robyn Hargrove
Texas Bar No. 24031859
Eli Barrish
Texas Bar No. 24144433

303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
swingard@scottdoug.com
rhargrove@scottdoug.com
ebarrish@scottdoug.com

**COOLEY LLP**
Jonathan Patchen (admitted *pro hac vice*)
Michael A. Rome (admitted *pro hac vice*)
Sharon Song (admitted *pro hac vice*)
Madeleine R. Ahlers (admitted *pro hac vice*)

3

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
jpatchen@cooley.com
mrome@cooley.com
ssong@cooley.com
mahlers@cooley.com

*Attorneys for Defendants YouTube LLC, Google LLC, and Alphabet, Inc.*


/s/ Chad Flores
Chad Flores
Texas Bar No. 24059759
cf@chadflores.law
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 364-6640

Colleen McKnight
Texas Bar No. 24078976
colleen.mcknight@mcknightlaw.us
McKnight Law PLLC
801 Travis Street Suite 2101, PMB 698
Houston, TX 77002
(713) 487-5645

*Attorneys for Plaintiff Defense Distributed*

4906-1226-3265

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that Defendants' counsel conferred with Plaintiff's counsel prior to filing the foregoing Corrected Joint Motion to Extend Deadlines. Counsel for all Parties agreed to jointly seek the requested relief.

*/s/ Steve Wingard*
Steve Wingard

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on August 19, 2025, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Steve Wingard*
Steve Wingard

4906-1226-3265