IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED,<br><br>                                Plaintiff,<br><br>v.<br><br>YOUTUBE LLC, GOOGLE LLC, and<br>ALPHABET, INC.<br><br>                                Defendants. | No.1:25-cv-01095-ADA-ML |

**JOINT STATEMENT REGARDING VENUE DISCOVERY**

TO THE HONORABLE MARK LANE:

      Plaintiff Defense Distributed ("Plaintiff") and Defendants YouTube LLC, Google LLC, and Alphabet, Inc. ("Defendants") (Plaintiff and Defendants together, the "Parties") file this joint statement in response to the Court's order (ECF No. 36) setting a status conference for September 17, 2025 for the purpose of discussing whether venue discovery is needed to fully address Defendants' pending motion to transfer venue ("Motion"). In its order, the Court ordered the Parties to meet and confer and submit to the Court, by September 15, 2025, either a joint proposal of discovery limitations or a joint statement that no discovery is needed.

      Pursuant to the Court's order, the Parties have met and conferred and agree that no venue discovery is necessary to fully address the Motion. Accordingly, the Parties respectfully request that the Court cancel the September 17, 2025 status conference.

4897-4646-9992

Dated: September 10, 2025

Respectfully submitted,

**SCOTT DOUGLASS & MCCONNICO LLP**

*/s/ Steven J. Wingard*
Steven J. Wingard
Texas Bar No. 00788694
Robyn Hargrove
Texas Bar No. 24031859
Eli Barrish
Texas Bar No. 24144433

303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 474-0731
swingard@scottdoug.com
rhargrove@scottdoug.com
ebarrish@scottdoug.com

**COOLEY LLP**
Jonathan Patchen (admitted *pro hac vice*)
Michael A. Rome (admitted *pro hac vice*)
Anika Holland (admitted *pro hac vice*)
Madeleine R. Ahlers (admitted *pro hac vice*)

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
jpatchen@cooley.com
mrome@cooley.com
anika.holland@cooley.com
mahlers@cooley.com

*Attorneys for Defendants YouTube LLC, Google LLC, and Alphabet, Inc.*

> /s/ Chad Flores
> Chad Flores
> Texas Bar No. 24059759
> cf@chadflores.law
> Flores Law PLLC
> 917 Franklin Street, Suite 600
> Houston, Texas 77002
> (713) 364-6640
>
> Colleen McKnight
> Texas Bar No. 24078976
> colleen.mcknight@mcknightlaw.us
> McKnight Law PLLC
> 801 Travis Street Suite 2101, PMB 698
> Houston, TX 77002
> (713) 487-5645
>
> *Attorneys for Plaintiff Defense Distributed*

### CERTIFICATE OF CONFERENCE

The undersigned certifies that Defendants' counsel conferred with Plaintiff's counsel prior to filing the foregoing Joint Statement Re Venue Discovery. Counsel for all Parties agreed to jointly seek the requested relief.

> /s/Steve Wingard
> Steve Wingard

### CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on September 10, 2025, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

> /s/Steve Wingard
> Steve Wingard

4897-4646-9992