IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **DEFENSE DISTRIBUTED,** § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL NO. A-25-CV-1095-ADA-ML |
| **YOUTUBE LLC, GOOGLE LLC,** § | |
| **ALPHABET, INC.,** § | |
| Defendants. § | |

## ORDER

In light of the parties' Joint Statement that no venue discovery is needed to address the pending motion to transfer, Dkt. 38, the court **CANCELS** the video status hearing set for Wednesday, September 17, 2025, at 2:00 p.m.

SIGNED September 11, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

1