UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Defense Distributed,<br>*Plaintiff*, | §<br>§<br>§ | |
| v. | § | Case No. 1:25-CV-01095-ADA |
| | § | |
| YouTube LLC,<br>*Defendant*. | §<br>§<br>§ | |

**ORDER**

**IT IS HEREBY ORDERED** that the referral of this case to United States Magistrate Judge Mark Lane is **VACATED**.

**SIGNED** on October 20, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE