UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Defense Distributed, | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 1:25-CV-01095-ADA |
| | § | |
| YouTube LLC, Google LLC, Alphabet, Inc., | § | |
| | § | |
|    *Defendants.* | § | |

**ORDER**

**IT IS HEREBY ORDERED** that this case is set for a hearing on Plaintiff's Motion to Remand (Dkt. 25) and Defendants' Motion to Transfer to the Northern District of California (Dkt. 26) on **October 30, 2025, at 2:00 PM**. The hearing will be conducted via Zoom. Please use the following link to join the hearing: https://txwd-uscourts.zoomgov.com/j/1613131172?pwd=YlROMDgzWlVicURyNHJiNTl4RFdXUT09.

**SIGNED** on October 20, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE