UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Defense Distributed,<br>    *Plaintiff*,<br><br>v.<br><br>YouTube LLC, Google LLC, Alphabet, Inc.,<br>    *Defendants*. | § § § § § § § § § Case No. 1:25-CV-01095-ADA |

**ORDER**

**IT IS HEREBY ORDERED** that the hearing in this action on Plaintiff's Motion to Remand (Dkt. 25) and Defendants' Motion to Transfer (Dkt. 26), which is currently set for October 30, 2025, at 2:00 PM, is now **RESET** to **November 6, 2025, at 10:15 AM**.

**SIGNED** on October 28, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE