IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>YOUTUBE LLC, GOOGLE LLC, and ALPHABET, INC.,<br><br>　　　　　　　Defendants. | Case No. 1:25-cv-01095-ADA |

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW ATTORNEY**

Pursuant to Local Rule AT-3, Defendants YouTube LLC, Google LLC, and Alphabet, Inc. ("Defendants") file this Unopposed Motion to Withdraw Attorney Sharon Song (the "Motion"). In support of this Motion, Defendants show the following:

1. Defendants move to withdraw attorney Sharon Song, who appeared in the above-captioned case on behalf of Defendants, because she is no longer at the law firm of Cooley LLP.

2. Defendants will continue to be represented in this matter by Jonathan Patchen, Michael Rome, Anika Holland, and Madeleine Ahlers of Cooley LLP, and Steven Wingard, Robyn Hargrove, and Eli Barrish of Scott Douglass McConnico LLP.

3. Cooley LLP is located at 3 Embarcadero Center, 20th Floor, San Francisco, CA 94111. Scott Douglass McConnico is located at 303 Colorado Street, Suite 2400, Austin, TX 78701.

4. The withdrawal of Sharon Song as counsel will not delay proceedings in this matter.

5. The parties have conferred, and Plaintiff Defense Distributed does not oppose this motion.

6. Therefore, Defendants request that this motion be granted and that Sharon Song be removed from this case.

Dated: November 11, 2025                                   Respectfully submitted,

                                                *Steven J. Wingard*
Steven J. Wingard
Texas Bar No. 00788694
Robyn Hargrove
Texas Bar No. 24031859
Eli Barrish
Texas Bar No. 24144433

**SCOTT DOUGLASS & MCCONNICO LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 474-0731
swingard@scottdoug.com
rhargrove@scottdoug.com
ebarrish@scottdoug.com


Jonathan Patchen (admitted *pro hac vice*)
Michael A. Rome (admitted *pro hac vice*)
Anika Holland (admitted *pro hac vice*)
Madeleine R. Ahlers (admitted *pro hac vice*)

**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
jpatchen@cooley.com
mrome@cooley.com
anika.holland@cooley.com
mahlers@cooley.com

*Attorneys for Defendants YouTube LLC, Google LLC, and Alphabet, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that I corresponded with counsel for Plaintiff regarding Defendants' Motion to Withdraw Attorney, via email on November 7, 2025, and counsel for Plaintiff advised that Plaintiff is unopposed to this motion.

    */s/ Steven J. Wingard*
    Steven J. Wingard

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 11, 2025, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

    */s/ Steven J. Wingard*
    Steven J. Wingard