# EXHIBIT A

Defense Distributed,

   Plaintiff - Appellee

v.

Youtube, L.L.C.; Google, L.L.C.; Alphabet, Incorporated,

   Defendants - Appellants

| | | | |
|---|---|---|---|
| 01/14/2026 | ☐ | 50 | ELECTRONIC RECORD ON APPEAL FILED. Admitted Exhibits on File in District Court? No. Video/Audio Exhibits on File in District Court? No Electronic ROA deadline satisfied. [25-51004] (DDL) [Entered: 01/14/2026 09:25 AM] |
| 01/14/2026 | ☐ | 51 5 pg, 97.39 KB | BRIEFING NOTICE ISSUED A/Pet's Brief Due on 02/23/2026 for Appellants Alphabet, Incorporated, Google, L.L.C. and Youtube, L.L.C.. [25-51004] (DDL) [Entered: 01/14/2026 09:26 AM] |
| 01/16/2026 | ☐ | 52 63 pg, 428.22 KB | APPELLANT'S BRIEF FILED # of Copies Provided: 0. A/Pet's Brief deadline satisfied. Appellee's Brief due on 02/18/2026 for Appellee Defense Distributed [25-51004] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: APPELLANT'S BRIEF FILED by Alphabet, Incorporated, Google, L.L.C. and Youtube, L.L.C.. Date of service: 01/16/2026 via email - Attorney for Appellants: Ahlers, Barrish, Hargrove, Holland, Patchen, Rome, Wang, Wingard; Attorney for Appellee: Flores [25-51004] (Jonathan Alan Patchen ) [Entered: 01/16/2026 04:36 PM] |
| 01/16/2026 | ☐ | 53 28 pg, 724.66 KB | RECORD EXCERPTS FILED. # of Copies Provided: 0 [25-51004] REVIEWED AND/OR EDITED - The original text prior to review appeared as follows: RECORD EXCERPTS FILED by Appellants Alphabet, Incorporated, Google, L.L.C. and Youtube, L.L.C.. Date of service: 01/16/2026 via email - Attorney for Appellants: Ahlers, Barrish, Hargrove, Holland, Patchen, Rome, Wang, Wingard; Attorney for Appellee: Flores [25-51004] (Jonathan Alan Patchen ) [Entered: 01/16/2026 04:37 PM] |
| 01/20/2026 | ☐ | 55 2 pg, 217.63 KB | COURT ORDER granting Motion to dismiss appeal for lack of jurisdiction filed by Appellee Defense Distributed [16]. Mandate issue date is 02/10/2026. [25-51004] (LEF) [Entered: 01/20/2026 03:51 PM] |