**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |
|---|---|
| DEFENSE DISTRIBUTED,<br><br>               Plaintiff,<br><br>v.<br><br><br>YOUTUBE LLC, GOOGLE LLC, and<br>ALPHABET, INC.<br><br>               Defendants. | No.1:25-cv-01095-ADA |

## NOTICE OF PETITION FOR WRIT OF MANDAMUS

On January 22, 2026, YouTube LLC, Google LLC, and Alphabet, Inc. ("Defendants")

filed a petition for writ of mandamus in the Fifth Circuit seeking review of this Court's order

denying Defendants' motion to transfer (Dkt. No. 48). A copy of the mandamus petition is

attached to this notice as **Exhibit A**, and a copy of the appendix to the mandamus petition is

attached to this notice as **Exhibit B**. *See* Fed. R. App. P. 21(a)(1) ("A party petitioning for a writ

of mandamus . . . must also provide a copy to the trial-court judge.").

Dated: January 22, 2026

Respectfully submitted,

**COOLEY LLP**

*/s/ Jonathan Patchen*
Jonathan Patchen (admitted *pro hac vice*)
Michael A. Rome (admitted *pro hac vice*)
Anika Holland (*pro hac vice* pending)
Madeleine R. Ahlers (admitted *pro hac vice*)

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
jpatchen@cooley.com
mrome@cooley.com
anika.holland@cooley.com
mahlers@cooley.com


**SCOTT DOUGLASS & MCCONNICO LLP**
Steven J. Wingard
Texas Bar No. 00788694
Robyn Hargrove
Texas Bar No. 24031859
Eli Barrish
Texas Bar No. 24144433

303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 474-0731
swingard@scottdoug.com
rhargrove@scottdoug.com
ebarrish@scottdoug.com


*Attorneys for Defendants YouTube LLC, Google LLC,*
*and Alphabet, Inc.*

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on January 22, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Jonathan Patchen*
Jonathan Patchen