**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| DEFENSE DISTRIBUTED,<br><br>             Plaintiff,<br><br>v.<br><br><br>YOUTUBE LLC, GOOGLE LLC, and<br>ALPHABET, INC.<br><br>             Defendants. | Case No. 1:25-cv-1095-ADA-ML |

<u>**DEFENDANTS' NOTICE OF SUBSEQUENT DEVELOPMENT**</u>

**[DECISION ON MOTION TO STAY REQUESTED BY FEBRUARY 6, 2026]**

Defendants YouTube LLC, Google LLC, and Alphabet, Inc. (collectively, "Defendants") respectfully submit this Notice to alert the Court to the Fifth Circuit's briefing notice, issued earlier today in the mandamus proceedings concerning this Court's denial of Defendants' Motion to Transfer Venue (*see* Dkt. 58).  A copy of the briefing notice is attached as **Exhibit A.**  In the briefing notice, the Fifth Circuit directed that Defense Distributed ("Plaintiff") respond to Defendants' mandamus petition no later than next Friday, February 13.

4911-2441-8701

Dated: February 6, 2026

Respectfully submitted,

**SCOTT DOUGLASS & MCCONNICO LLP**

*/s/ Steven J. Wingard*
Steven J. Wingard
Texas Bar No. 00788694
Robyn Hargrove
Texas Bar No. 24031859
Eli Barrish
Texas Bar No. 24144433

303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 474-0731
swingard@scottdoug.com
rhargrove@scottdoug.com
ebarrish@scottdoug.com

**COOLEY LLP**

Jonathan Patchen (admitted *pro hac vice*)
Michael A. Rome (admitted *pro hac vice*)
Anika Holland (admitted *pro hac vice*)
Madeleine R. Ahlers (admitted *pro hac vice*)

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
jpatchen@cooley.com
mrome@cooley.com
anika.holland@cooley.com
mahlers@cooley.com

*Attorneys for Defendants YouTube LLC, Google
LLC, and Alphabet, Inc.*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing was served upon counsel via electronic service on February 6, 2026.

> /s/ *Steven J. Wingard*
> Steven J. Wingard