# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 10, 2026
Lyle W. Cayce
Clerk

No. 26-50076

_____

In re Youtube, L.L.C.; Google, L.L.C.; Alphabet, Incorporated,

*Petitioners.*

_____

Petition for a Writ of Mandamus
to the United States District Court
for the Western District of Texas
USDC No. 1:25-CV-1095

_____

ORDER:

    IT IS ORDERED that Petitioner's opposed emergency motion for a temporary administrative stay of the district court proceedings pending resolution of the petition for a writ of mandamus is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 10, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 26-50076   In re: Youtube, L.L.C.
                       USDC No. 1:25-CV-1095

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Jasmine J. Forman, Deputy Clerk

Mr. Philip Devlin
Mr. Chad Flores
Mr. Jonathan Alan Patchen