

**Certified as a true copy and issued as the mandate on Feb 10, 2026**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 20, 2026
Lyle W. Cayce
Clerk

No. 25-51004

_____

DEFENSE DISTRIBUTED,

           *Plaintiff—Appellee*,

versus

YOUTUBE, L.L.C.; GOOGLE, L.L.C.; ALPHABET, INCORPORATED,

           *Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:25-CV-1095

_____

UNPUBLISHED ORDER

Before SMITH, HAYNES, and OLDHAM, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that Appellee's opposed motion to dismiss the appeal for lack of jurisdiction is GRANTED.[1]

---

[1] Appellant claims that a motion for mandamus would be proper but the document before this court states only "Notice of Appeal," so we need not address the mandamus issue.

# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 10, 2026

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

  No. 25-51004  Defense Distributed v. Youtube
          USDC No. 1:25-CV-1095

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Lisa E. Ferrara*
                    By: _____
                    Lisa E. Ferrara, Deputy Clerk
                    504-310-7675

cc:
    Ms. Madeleine Ahlers
    Mr. Elijah Barton Barrish
    Mr. Chad Flores
    Ms. Robyn Bigelow Hargrove
    Ms. Anika Holland
    Mr. Jonathan Alan Patchen
    Mr. Michael Rome
    Ms. Connie Lu Wang
    Mr. Steven James Wingard