In the United States District Court
for the Western District of Texas
Austin Division

| | | |
|---|---|---|
| Defense Distributed, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 1:25-cv-01095-ADA-ML |
| | § | |
| YouTube LLC, | § | |
| Google LLC, | § | |
| Alphabet, Inc., | § | |
| Defendants. | § | |

**Plaintiff's Notice of Stay Extinction**

**Table of Contents**

Table of Contents ........................................................................................................................ 2

Argument ..................................................................................................................................... 3

I.      The Fifth Circuit denied Defendants' mandamus petition, extinguishing the stay. .......... 3

II.     The Court should decide the motion to remand immediately. ........................................ 3

Conclusion.................................................................................................................................... 3

Certificate of Service ................................................................................................................... 5

**Argument**

**I.    The Fifth Circuit denied Defendants' mandamus petition, extinguishing the stay.**

Today, the Fifth Circuit entered an order denying Defendants' petition for a writ of mandamus seeking to compel transfer of this case to the Northern District of California. *In re YouTube, LLC*, No. 26-50076 (5th Cir. Mar. 19, 2026) (per curiam). The denial followed comprehensive adversarial proceedings. Both sides fully briefed the merits. Both sides submitted Rule 28(j) supplemental authorities. And the State of Texas intervened as *amicus curiae*, urging denial on the ground that a writ would functionally nullify the venue mandate and anti-waiver provisions that the Legislature enacted in Chapter 143A—provisions the Legislature declared to be "of the highest importance and interest to this state." Tex. Civ. Prac. & Rem. Code § 143A.003(b). After considering these submissions, the Fifth Circuit denied the petition and issued its opinion as the judgment and mandate. Ex. A.

The Fifth Circuit's temporary stay of this Court's proceedings has now expired. The Fifth Circuit had issued only "a temporary administrative stay of the district court proceedings pending resolution of the petition for a writ of mandamus," Doc. 65 at 1, and today's Fifth Circuit decision completes that resolution. No more stay exists.

**II.    The Court should decide the motion to remand immediately.**

No barrier to decision remains. Defendants' collateral-order appeal failed for lack of jurisdiction. Their mandamus petition has now failed as well. Nothing jurisdictional or prudential justifies further withholding a ruling. The Court should decide the motion to remand now.

**Conclusion**

Plaintiff respectfully requests that the Court rule on the pending motion to remand without further delay by granting it.

3

Respectfully submitted,

Chad Flores
Texas Bar No. 24059759
chad@chadflores.law
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 364-6640

Colleen McKnight
Texas Bar No. 24078976
colleen.mcknight@mcknightlaw.us
McKnight Law PLLC
801 Travis Street Suite 2101, PMB 698
Houston, TX 77002
(713) 487-5645

Counsel for Plaintiff

## Certificate of Service

A true and correct copy of this submission was served on the day of its filing via the Court's CM/ECF system on all counsel registered therewith.

Chad Flores
Texas Bar No. 24059759
chad@chadflores.law
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 364-6640