# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 19, 2026

Lyle W. Cayce
Clerk

No. 26-50076

IN RE YOUTUBE, L.L.C.; GOOGLE, L.L.C.; ALPHABET, INCORPORATED,

*Petitioners.*

Petition for a Writ of Mandamus
to the United States District Court
for the Western District of Texas
USDC No. 1:25-CV-1095

## UNPUBLISHED ORDER

Before GRAVES, HO, and DOUGLAS, *Circuit Judges*.[1]

PER CURIAM:

IT IS ORDERED that the petition for writ of mandamus is DENIED.

**Certified as a true copy and issued as the mandate on Mar 19, 2026**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

---

[1] Judge Douglas would grant the petition for writ of mandamus.

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 19, 2026

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 26-50076   In re: Youtube, L.L.C.
                 USDC No. 1:25-CV-1095

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Jasmine J. Forman, Deputy Clerk
                504-310-7649